

165 Eileen Way, Suite 101
Syosset, New York 11791

T. (516) 921-3838
F. (516) 921-3824
www.nyfclaw.com

ALAN WEINREB, ESQ.    C. LANCE MARGOLIN, ESQ.    CYNTHIA A. NIERER, ESQ.

December 1, 2022

<u>*VIA* ECF ONLY</u>
Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

RE:  <u>West Coast Servicing, Inc. v. McCarthy-Rogers, *et al*., Civil Action No.: 22-cv-06517-LJL</u>

Dear Judge Liman,

    We represent the Plaintiff West Coast Servicing, Inc. ("Plaintiff") in the above-referenced action. Please accept this letter on consent of Defendant McCarthy-Rogers as a request that the action be referred to the assigned Magistrate for a virtual settlement conference.

    We thank Your Honor reviewing the within request.

                                   Respectfully submitted,

                                   <u>*/s/Alan H. Weinreb*__</u>
                                   Alan H. Weinreb, Esq.

cc: Romeo Salta, Esq., attorney for Defendant