USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/2023



**MARGOLIN, WEINREB & NIERER, LLP**

    MARGOLIN, ESQ.        ALAN WEINREB, ESQ.        CYNTHIA A. NIERER, ESQ.

March 23, 2023

**VIA ECF**
Honorable Magistrate Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

> Request GRANTED. The settlement conference scheduled for March 28 is adjourned *sine die*. The parties shall file a joint letter no later than May 15, 2023, advising the Court of the status of settlement negotiations. SO ORDERED.
> Dated: 3/23/2023

RE:   West Coast Servicing, Inc. v. McCarthy-Rogers, *et al*.
      Civil Action No.: 22-cv-06517-LJL-SDA

Dear Magistrate Judge Aaron,

    We represent the Plaintiff West Coast Servicing, Inc. ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter on consent of Defendant McCarthy-Rogers. Today, Plaintiff was made aware that Defendant was recently approved for a grant to assist her in settlement of the loan being foreclosed. In light of this, we respectfully request that the settlement conference scheduled for March 28, 2023 at 2:00 PM be adjourned *sine die* to give the parties an opportunity to negotiate a resolution amongst ourselves, as we do not feel there is enough time to meaningfully do so prior to the scheduled conference and do not want to waste the Court's time or the parties' money.

    We respectfully request that we be permitted to file a status report regarding settlement by April 25, 2023. We thank Your Honor for reviewing our within request.

                                              Respectfully submitted,

                                              */s/Alan H. Weinreb*
                                              Alan H. Weinreb, Esq.

cc: Romeo Salta, Esq., attorney for Defendant McCarthy-Rogers

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM