# MARGOLIN, WEINREB & NIERER, LLP

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

August 29, 2023

**VIA ECF**
Honorable Judge Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

RE:   West Coast Servicing, Inc. v. McCarthy-Rogers, *et al*.
       Civil Action No.: 22-cv-06517-LJL-SDA

Dear Judge Liman,

  We represent the Plaintiff West Coast Servicing, Inc. ("Plaintiff") in the above-referenced foreclosure action. Please accept this letter as a request for an extension of time for Plaintiff to file its Reply in further support of its Motion for Summary Judgment from Wednesday, August 30, 2023 to Thursday, September 7, 2023.

  Plaintiff requested consent from Defendant's attorney via e-mail, who simply responded "I can't". The reason for this request is that Plaintiff's representative has been away and unable to execute the affidavit in support of the Reply, so we merely request an additional 5 business days. This is the second request for an extension of time for Plaintiff to file its Reply, and no other deadlines will be impacted by the requested extension.

  We thank Your Honor for reviewing our within request.

              Respectfully submitted,

              */s/Alan H. Weinreb*
              Alan H. Weinreb, Esq.

cc: Romeo Salta, Esq., attorney for Defendant McCarthy-Rogers

WE ARE A DEBT COLLECTOR AND ARE ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

165 EILEEN WAY, SUITE 101    SYOSSET, NEW YORK 11791    T. (516) 921-3838    F. (516) 921-3824    WWW.NYFCLAW.COM